IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLICARPIO MEDINA, | 1:10-cv-00683 DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT |
| v. | |
| CHEN, et al., | (ECF NO. 6) |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2010, plaintiff filed a motion to extend time to submit a certified copy of his prison trust account statement. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to submit his prison trust account statement.

    IT IS SO ORDERED.

    Dated: **June 29, 2010**                /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE