# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLICARPIO MEDINA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. CHEN, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:10-CV-00683-GBC PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEO CONFERENCE<br><br>Doc. 27 |

Plaintiff is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 17, 2012, Defendants filed a request for permission to conduct Plaintiff's deposition via video conference. Under Federal Rule of Civil Procedure 30(b)(4), the Court may order that a deposition be taken by remote means. Accordingly, it is HEREBY ORDERED that Defendants' request for permission to conduct Plaintiff's deposition via video conference is GRANTED. Nothing in this order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

IT IS SO ORDERED.

Dated:   January 30, 2012

UNITED STATES MAGISTRATE JUDGE