# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLICARPIO MEDINA, | CASE NO. 1:10-cv-00683-GBC (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DR. CHEN, et al., | |
| Defendants. | Doc. 32 |
| | RESPONSE DUE WITHIN 21 DAYS |

On April 19, 2010, Policarpio Medina ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed a complaint pursuant to 42 U.S.C. § 1983. Doc. 1. On May 5, 2011, this Court found cognizable Eighth Amendment claims against Defendants Chen, Mena, Shittu, and Lopez and a cognizable First Amendment retaliation claim, medical malpractice claim, and intentional infliction of emotional distress claim against Defendant Chen (collectively "Defendants"). Doc. 14.

On July 23, 2012, Defendants filed a motion for summary judgment, contemporaneously with a notice as to how Plaintiff must oppose the motion in order to avoid dismissal, pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) and *Woods v. Carey*, 684 F.3d 934, 936 (9th Cir. 2012). Doc. 32. As of the date of this order, Plaintiff has not filed an opposition or statement of non-opposition as required by Local Rule 230(l).

//

//

1  Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition or statement
2 of non-opposition to Defendants' motion for summary judgment within **twenty-one (21) days** from
3 the date of service of this order. Failure to timely comply or otherwise respond will be construed as
4 waiver of the opportunity to file an opposition.

7 IT IS SO ORDERED.

Dated:   October 9, 2012

UNITED STATES MAGISTRATE JUDGE